IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT J. MEYER,

    Plaintiff,

vs.   CASE NO. 3:10cv452/RS-EMT

WILLIAM BRITTON GREENE; WILLIAM
S. MCCALMONT; JANNA L. CONNOLLY;
MICHAEL L. AINSLIE; HUGH M. DURDEN;
THOMAS A. FANNING; HARRY H.
FRAMPTON, III; ADAM W. HERBERT,
JR.; DELORES M. KESLER; JOHN S.
LORD; WALTER L. REVELL; WILLIAM
H. WALTON, III; DEUTSCHE BANK
SECURITIES, INC.; THE ST. JOE
COMPANY; and PETER S. RUMMELL,

    Defendants.
_____/

## ORDER

Before me is the Consent Motion to Extend The Time To Answer Or Otherwise Respond To Complaint (Doc. 7). Defendants shall file responsive pleadings to the Complaint not later than December 27, 2010.

**ORDERED** on December 7, 2010.

    /S/ Richard Smoak
    **RICHARD SMOAK**
    **UNITED STATES DISTRICT JUDGE**