IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT MEYER, Individually
and On Behalf of All Others
Similarly Situated,**

    **Plaintiff,**

vs.                                    CASE NO. 3:10-cv-452/RS-EMT

**THE ST. JOE COMPANY,
ET AL.,**

    **Defendants.**
_____/

## ORDER

Before me are the Motions to Consolidate (Docs. 20 and 21) filed by Gerald L. Hess and Richard L. Kneisel and Southfield Fire & Police Retirement System, and the Notice of Compliance with Fla. N.D. Loc. R. 7.1 (B) (Doc. 26).

From the pleadings, it appears that common questions of law or fact are involved in the two securities class action suits filed in this Court -- *Meyer v. The St. Joe Co., et al.,* and *Weissman v. The St. Joe Co., et al*. Because all of the parties are in agreement, and pursuant to Fed. R. Civ. P. 42 (a) (2), the two cases shall be consolidated.

**IT IS ORDERED:**

    **1.** The relief requested in the Motions to Consolidate (Docs. 20 and 21) is

        **GRANTED**.

    **2.** The Clerk shall consolidate cases 3:10cv452 and 3:10cv504.

3. The Clerk shall file a copy of this Order in each of these cases.

4. All future pleadings should be filed **only** in case 3:10cv452/RS/EMT.

5. Consideration of the Motions for Appointment of Lead Counsel (Docs. 20 and 21) will be by separate Order.

**ORDERED** on January 11, 2011

                                    /S/ Richard Smoak
                                  **RICHARD SMOAK**
                                  **UNITED STATES DISTRICT JUDGE**