IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT MEYER, Individually
and On Behalf of All Others
Similarly Situated,**

    **Plaintiff,**

vs.                                         CASE NO. 3:10-cv-452/RS-EMT

**THE ST. JOE COMPANY,
ET AL.,**

    **Defendants.**
_____/

## ORDER

Before me are the Motions for Appointment of Lead Plaintiff (Docs. 20 and 21) filed by Gerald L. Hess and Richard L. Kneisel and City of Southfield Fire & Police Retirement System.

**IT IS ORDERED:**

1. The clerk shall ensure that counsel for Gerald L. Hess and Richard L. Kneisel, City of Southfield Fire & Police Retirement System, and Steven L. Weissmann are listed on CM/ECF as plaintiffs to ensure adequate electronic notice of all pleadings.

2. The prospective lead plaintiffs shall file a memorandum, **not later than January 24, 2011**, why City of Southfield Fire & Police Retirement System is not entitled to be designated as lead plaintiff for having satisfied the requirements of 15 U.S.C. § 78u-4(a)(3)(B)(iii).

3. Specifically, responses shall address why their client's (a) financial interest in the relief sought by the class; and (b) characteristics in reference to Fed. R. Civ. P. 23 make them more suited for the role of lead plaintiff. In addition, responses shall include whether City of Southfield Fire & Police Retirement System (a) will not fairly and adequately protect the interests of the class; and (b) is subject to unique defenses that render such plaintiff incapable of adequately representing the class.

**ORDERED** on January 11, 2011

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**