IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT MEYER, Individually
and On Behalf of All Others
Similarly Situated,**

    **Plaintiff,**

vs.                                       CASE NO. 3:10-cv-452/RS-EMT

**THE ST. JOE COMPANY,
ET AL.,**

    **Defendants.**
_____/

## **ORDER**

Before me are the Motions for Appointment of Lead Plaintiff and Approval of Counsel (Docs. 20 and 21) filed by Gerald L. Hess and Richard L. Kneisel and City of Southfield Fire & Police Retirement System, my Order (Doc. 28) directing the parties to file memoranda regarding the appointment of City of Southfield Fire & Police Retirement System as lead plaintiff, and the parties' responses (Docs. 38 and 39).

**IT IS ORDERED:**

1. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B) and 15 U.S.C. § 77z-1(a)(3)(B), City of Southfield Fire & Police Retirement System is designated lead plaintiff. Their Motion for Appointment (Doc. 21) is **GRANTED**.

2. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v) and 15 U.S.C. § 77z-1(a)(3)(B)(v), the law firms Robbins Geller Rudman & Dowd LLP, and Labaton Sucharow

LLP are approved as lead counsel. City of Southfield Fire & Police Retirement System's Motion for Approval (Doc. 21) is **GRANTED**.

3. Gerald L. Hess and Richard L. Kneisel's Motion for Appointment as Lead Plaintiffs, and Approval of Their Selection of Co-Lead and Co-Liaison Counsel (Doc. 20) are **DENIED**.

**ORDERED** on January 25, 2011

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**