IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT MEYER, Individually
and On Behalf of All Others
Similarly Situated,**

    **Plaintiff,**

vs.                                                 CASE NO. 3:10-cv-452/RS-EMT

**THE ST. JOE COMPANY,
ET AL.,**

    **Defendants.**
_____/

## **ORDER**

**IT IS ORDERED:**

1. Pursuant to Fla. N.D. Loc. 3.1(C), the venue for this case is transferred from the Pensacola Division to the Panama City Division.

2. The Clerk shall change the case number for *Weissman v. The St. Joe Co., et al.* from 3:10cv504 to 5:11cv28.

3. The Clerk shall change the case number for *Meyer v. The St. Joe Co., et al.* from 3:10cv452 to 5:11cv27.

4. All future pleadings and communications for the consolidated cases shall refer to Panama City Division and **Case No. 5:11cv27/RS/EMT.**

**ORDERED** on January 28, 2011

                                                   /S/ Richard Smoak
                                                 **RICHARD SMOAK
                                                 UNITED STATES DISTRICT JUDGE**